IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

E. ISAIAH ISRAEL KING,          :
                                :
    Plaintiff,                  :
                                :       CIVIL ACTION NO.
v.                              :       1:13-CV-0236-AT
                                :
DR. JOYNER, DeKalb County Jail  :
Medical Provider Doctor,        :
                                :
    Defendant.                  :

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 42]. The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **GRANTS** Defendant Dr. Joyner's motion for summary judgment [Doc. 34]. As no matters remain pending before this Court, the Clerk is **DIRECTED** to close the case.

It is so **ORDERED** this 9th day of May, 2014.

_____
Amy Totenberg
United States District Judge